Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Anupama K. Reddy (SBN 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000, S.F., CA 94108
Telephone: (415) 500-6800
Email:    jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           areddy@saverilawfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIE FRAZIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE TECHNOLOGY CO. LTD. and TIKTOK, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-9913-RGK-MRW<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


2/17/2022                                    /s/ Steven N. Williams
_____                      _____
        *Date*                                *Signature of Attorney/Party*


NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)    NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)